UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO ENRIQUE TROYA PEREZ,

Petitioner,

v.

WARDEN,

Respondent.

No. 2:26-cv-00592-DAD-EFB (HC)

ORDER

Petitioner, an immigration detainee, seeks a writ of habeas corpus under 28 U.S.C. § 2241.  ECF No. 1.  On March 3, 2026, the court ordered respondent to provide a bond hearing before an immigration judge.  ECF No. 7.  Respondent informs the court that the hearing has taken place.  ECF No. 8.  Petitioner has filed a motion for release or a new bond hearing, arguing that the hearing he was provided was deficient.  ECF No. 9.

It is HEREBY ORDERED that, within 3 days from the date of this order, respondent shall file an opposition or a statement of non-opposition to petitioner's March 23, 2026 motion (ECF No. 9).

DATED:  March 26, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1